**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Adalberto R. Carrero <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-14718 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of STRATREC as Servicer for VFS Arctos, LLC and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ Matteo S. Weiner , Esquire**
                  Matteo S. Weiner, Esquire
                  Thomas Puleo, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322 FAX (215) 627-7734