**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**ADALBERTO R. CARRERO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-14718 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Amended Chapter 13 Plan was served upon the addresses listed below by way of electronic means on January 12, 2018 and/or via first class mail on January 15, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER on behalf of Creditor STRATREC  - bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor VFS Arctos, LLC - bkgroup@kmllawgroup.com

Clearspring Loan Services
18451 N. Dallas Parkway, Suite 100
Dallas, TX 75287-5206

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

Adalberto Carrero
522 East Church Street
Slatington, PA  18080

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                           1100 Berkshire Blvd., Suite 301
                           Wyomissing, PA  19610
                           610-779-0772