UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| In re: | Chapter 13 Bankruptcy |
|---|---|
| **ADALBERTO CARRERO,** | **Bankruptcy No. 17-14718 REF** |
| Debtor | |

### ADDENDUM TO AMENDED CHAPTER 13 PLAN

The Debtor hereby files this Addendum to the Amended Chapter 13 Plan, and states as follows:

Part 5, Section 5(b)(2) of the Amended Chapter 13 Plan is amended to read as follows:

(2) Funding: § 5(b) claims to be paid as follows (check one box):

☐ Pro rata
☒ 100%
☐ Other (Describe)

**Date:** January 23, 2018

                            **Respectfully submitted,**

                            **Hartman, Valeriano, Magovern & Lutz, PC**

**by:**    /s/ George M. Lutz
_____

**George M. Lutz, Esquire**
**1100 Berkshire Boulevard, Suite 301**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**
**Phone:  610-372-9900**
**Fax:     610-372-5469**