**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 13 Bankruptcy** |
| **ADALBERTO R. CARRERO,** | |
| **Debtor** | **Bankruptcy No. 17-14718 REF** |

**PRAECIPE TO WITHDRAW**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw the Debtor's Second Amended Chapter 13 Plan, filed on February 28, 2018 as Docket Number 20.

Date: February 28, 2018

**Hartman, Valeriano, Magovern & Lutz, P.C.**

By:     *s/George M. Lutz, Esquire*

Attorney I.D. No.: 46437
1100 Berkshire Blvd., Suite 301
Wyomissing, PA  19610
610-779-0772