# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Adalberto R. Carrero<br>    Debtor<br><br>VFS Arctos, LLC, its successors and/or assigns<br>    Movant<br>        vs.<br><br>Adalberto R. Carrero<br>    Debtor<br><br>Frederick L. Reigle Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 17-14718 REF<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of VFS Arctos, LLC, which was filed with the Court on or about October 26, 2017 document No 14.

        Respectfully submitted,

        **/s/ Kevin G. McDonald, Esquire**
        Kevin G. McDonald, Esquire
        kmcdonald@kmllawgroup.com
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322

February 28, 2018