**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:** <br><br> **ADALBERTO R. CARRERO,** <br><br> Debtor | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 17-14718 REF** |

**CERTIFICATE OF NO RESPONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to the Debtor's Application for Allowance of Compensation and Reimbursement of Expenses and the Debtor requests that the court grant the Debtor's Application for Allowance of Compensation and Reimbursement of Expenses, as the Application is uncontested.

**Date:** March 29, 2018

                                          Respectfully submitted,

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

            by:      */s/ George M. Lutz*

                                          George M. Lutz, Esquire
                                          1100 Berkshire Blvd., Suite 301
                                          Wyomissing, PA  19610
                                          Attorney I.D. No. 46437
                                          Phone:  610-779-0772