**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**ADALBERTO R. CARRERO,**<br><br>**Debtor** | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 17-14718 REF |

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,392.00 for reimbursement of actual, necessary fees, of which $1,690.00 was received pre-petition, and expenses in the amount of $64.18.

**BY THE COURT:**

_____

**Date: April 3, 2018**       **United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**George M. Lutz, Esquire**
**Hartman, Valeriano, Magovern & Lutz, PC**
**1100 Berkshire Blvd., Suite 301**
**Wyomissing, PA 19610**

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

Adalberto Carrero
522 East Church Street
Slatington, PA 18080

**All creditors**