United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14718-ref
Adalberto R. Carrero                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1          Date Rcvd: Apr 03, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.
db            +Adalberto R. Carrero,   522 East Church Street,   Slatington, PA 18080-2008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             STRATREC,   as Servicer for VFS Arctos
                                                                                        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Debtor Adalberto R. Carrero glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    VFS Arctos, LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VFS Arctos, LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    STRATREC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>ADALBERTO R. CARRERO,<br><br>Debtor | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 17-14718 REF |
|---|---|

**ORDER**

AND NOW, upon consideration of the Application for Allowance of Compensation and Reimbursement of Expenses ("Application"),

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $4,392.00 for reimbursement of actual, necessary fees, of which $1,690.00 was received pre-petition, and expenses in the amount of $64.18.

**BY THE COURT:**

**Date: April 3, 2018**

**United States Bankruptcy Judge**

*Copies to:*

**Office of the United States Trustee**
833 Chestnut St., Ste. 500
Philadelphia, PA 19107

**George M. Lutz, Esquire**
Hartman, Valeriano, Magovern & Lutz, PC
1100 Berkshire Blvd., Suite 301
Wyomissing, PA 19610

**Frederick L. Reigle, Esquire**
P.O. Box 4010
Reading, PA 19606

**Adalberto Carrero**
522 East Church Street
Slatington, PA  18080

**All creditors**