**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| In Re: | **Chapter 13  Bankruptcy** |
|---|---|
| **ADALBERTO CARRERO,** | |
| **Debtor** | **Bankruptcy No. 17-14718 REF** |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**TO:   VFS Arctos LLC, U.S. TRUSTEE, CHAPTER 13 TRUSTEE, AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:**

George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C. have filed a Motion to Compel Production of Payoff Amount by VFS Arctos, LLC ("Motion"),  If a copy of the Motion is not enclosed with this Notice, a copy  can be obtained by contacting the Movant, George M. Lutz, Esquire, at Hartman, Valeriano, Magovern and Lutz, PC, 1025 Berkshire Boulevard, Suite 700, Wyomissing, PA  19610, Ph.:  610-779-0772, Email: glutz@hvmllaw.com.

Any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, PA  19601, and must deliver a copy to Movant, whose name and address appears below, on or before November 22, 2018 at 4:00 p.m.

A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for November 29, 2018 at 9:30 a.m. in Courtroom No. 1, The Madison Building, 400 Washington Street, Reading, Pennsylvania.  In the absence of any answer, objection, or other

responsive pleading, the Court may approve the sale requested in Motion without the requirement of a hearing.

Dated:  October 30, 2018

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

by:    /s/ George M. Lutz

_____

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Suite 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**