**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**ADALBERTO R. CARRERO,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 17-14718 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date and Debtor's Motion to Compel Production of Payoff Amount by VFS Arctos, LLC were served upon the addresses listed below by way of electronic means on October 30, 2018 and/or via first class mail on November 2, 2018:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

MATTEO SAMUEL WEINER on behalf of Creditor STRATREC - bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor VFS Arctos, LLC - bkgroup@kmllawgroup.com

KEVIN G. MCDONALD on behalf of Creditor VFS Arctos, LLC - bkgroup@kmllawgroup.com

*Address of counsel that filed Objection to Confirmation*
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

*Address where notices should be sent on Proof of Claim*
Clearspring Loan Services
18451 N. Dallas Parkway, Suite 100
Dallas, TX 75287-5206

                                            **Hartman, Valeriano, Magovern & Lutz, P.C.**

                            By:    *s/Alyssa J. Merkey*
                                    1100 Berkshire Blvd., Suite 301
                                    Wyomissing, PA  19610
                                    610-779-0772