United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-14718-elf
Adalberto R. Carrero                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS           Page 1 of 2              Date Rcvd: Jun 07, 2019
                            Form ID: 167             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db             +Adalberto R. Carrero,    522 East Church Street,    Slatington, PA 18080-2008
13977692        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13950200       +ClearSpring Loan Services,    PO Box 4869,    Dept. #446,    Houston, TX 77210-4869
14031213       #+Clearspring Loan Services,    18451 N. Dallas Parkway, Suite 100,    Dallas, TX 75287-5209
14070305       #+George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,    1100 Berkshire Blvd,
                 Suite 301,    Wyomissing, PA 19610-1292
13950203        PPL Electric Utilities,    P.O. Box 25247,    Lehigh Valley, PA 18002-5247
13950204       +Progressive Physician Associates,    POB 20647,    Lehigh Valley, PA 18002-0647
13963011       +STRATREC,    as Servicer for VFS Arctos,    c/o KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13950205        St Luke's Physicians Group,    PO Box 25837,    Salt Lake City, UT 84125-0837
13950208       +VFS Arctos, LLC,    c/o Romano, Garubo and Argentieri,    52 Newton Avenue, POB 456,
                 Woodbury, NJ 08096-7456
13950207       +VFS Arctos, LLC,    1905 Kramer Lane,    Suite B700,    Austin, TX 78758-4063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13950198        E-mail/Text: ebn@americollect.com Jun 08 2019 03:28:37       AmeriCollect,   1851 S. Alverno Road,
                 Manitowoc, WI 54220
13950199        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2019 03:35:46       Capital One,
                 POB 30285,    Salt Lake City, UT 84130-0285
13950201       +E-mail/Text: bncnotices@becket-lee.com Jun 08 2019 03:27:33       KOHLS/CAPITAL ONE,
                 PO Box 3115,    Milwaukee, WI 53201-3115
13995173        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2019 03:35:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13987439        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 08 2019 03:28:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
13950206       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 08 2019 03:27:24
                 VERIZON,    500 Technology Dr Ste 300,    Saint Charles, MO 63304-2225
13988100       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 08 2019 03:34:13       Verizon,
                 by American InfoSource LP as agent,    4515 N. Santa Fe Ave.,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              STRATREC,   as Servicer for VFS Arctos
14070306*      +George M. Lutz, Esquire,    Hartman, Valeriano, Magovern & Lutz, P.C,    1100 Berkshire Blvd,
                 Suite 301,    Wyomissing, PA 19610-1292
13950202      ##+Penn Credit Corp,    916 S. 14th Street,    Harrisburg, PA 17104-3425
                                                                                TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2              Date Rcvd: Jun 07, 2019
                              Form ID: 167              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2019 at the address(es) listed below:

```
              GEORGE M. LUTZ    on behalf of Debtor Adalberto R. Carrero glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    VFS Arctos, LLC bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    STRATREC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VFS Arctos, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Adalberto R. Carrero
    Debtor(s)

Case No: 17–14718–elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Hearing rescheduled re [35] Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM MILLER*R (Counsel).

**Hearing rescheduled from 6/20/19 at 9:00 AM**

    on: 7/23/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/7/19

Timothy B. McGrath
Clerk of Court

42 – 35
Form 167