**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re: <br><br> **ADALBERTO R. CARRERO,** <br><br> Debtor | Chapter 13 Bankruptcy <br><br> Bankruptcy No. 17-14718 ELF |

**CERTIFICATE OF SERVICE**

  I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Debtor's Response to Motion for Relief filed by VFS Arctos, LLC was served upon the addresses listed below by way of electronic means on January 2, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

KEVIN G. MCDONALD on behalf of Creditor VFS Arctos, LLC - bkgroup@kmllawgroup.com

WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R - ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor VFS Arctos, LLC - bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

MATTEO SAMUEL WEINER on behalf of Creditor STRATREC - bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER on behalf of Creditor VFS Arctos, LLC - bkgroup@kmllawgroup.com

           **Hartman, Valeriano, Magovern & Lutz, P.C.**

    By:  *s/Alyssa J. Merkey*
        1025 Berkshire Blvd., Suite 700
        Wyomissing, PA  19610
        610-779-0772