| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 17-14718-PMM

ADALBERTO R  CARRERO  
522 EAST CHURCH STREET  
SLATINGTON  PA    18080

Petition Filed Date: 07/12/2017  
341 Hearing Date: 08/22/2017  
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/24/2019 | $35,000.00 | 1000076461 | | | | | | |

**Total Receipts for the Period: $35,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $46,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  003 | Unsecured Creditors | $133.68 | $0.00 | $133.68 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  004 | Unsecured Creditors | $840.75 | $0.00 | $840.75 |
| 6 | BSI FINANCIAL SERVICES<br>»»  006 | Mortgage Arrears | $47,246.20 | $38,753.94 | $8,492.26 |
| 1 | BECKET & LEE, LLP<br>»»  001 | Unsecured Creditors | $209.24 | $0.00 | $209.24 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02P | Priority Crediors | $30.28 | $30.28 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  02U | Unsecured Creditors | $1.50 | $0.00 | $1.50 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $497.20 | $0.00 | $497.20 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»»  007 | Attorney Fees | $2,766.18 | $2,766.18 | $0.00 |

**Chapter 13 Case No. 17-14718-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,000.00 | Current Monthly Payment: | $950.00 |
| Paid to Claims: | $41,550.40 | Arrearages: | ($10,650.00) |
| Paid to Trustee: | $4,449.60 | Total Plan Base: | $57,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.