| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-14718-PMM**

ADALBERTO R CARRERO
522 EAST CHURCH STREET
SLATINGTON  PA    18080

Petition Filed Date: 07/12/2017
341 Hearing Date: 08/22/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 003 | Unsecured Creditors | $133.68 | $0.00 | $133.68 |
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $840.75 | $0.00 | $840.75 |
| 6 | BSI FINANCIAL SERVICES<br>»» 006 | Mortgage Arrears | $47,246.20 | $38,753.94 | $8,492.26 |
| 1 | BECKET & LEE, LLP<br>»» 001 | Unsecured Creditors | $209.24 | $0.00 | $209.24 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $30.28 | $30.28 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $1.50 | $0.00 | $1.50 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $497.20 | $0.00 | $497.20 |
| 7 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 007 | Attorney Fees | $2,766.18 | $2,766.18 | $0.00 |

**Chapter 13 Case No. 17-14718-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,000.00 | Current Monthly Payment: | $950.00 |
| Paid to Claims: | $41,550.40 | Arrearages: | ($2,100.00) |
| Paid to Trustee: | $4,449.60 | Total Plan Base: | $57,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.