United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-14718-pmm

Adalberto R. Carrero     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3

Date Rcvd: Jan 27, 2022     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adalberto R. Carrero, 522 East Church Street, Slatington, PA 18080-2008 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Northern Lehigh School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13950200 | + | ClearSpring Loan Services, PO Box 4869, Dept. #446, Houston, TX 77210-4869 |
| 14591903 | + | Northern Lehigh School District, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 13950203 | | PPL Electric Utilities, P.O. Box 25247, Lehigh Valley, PA 18002-5247 |
| 13950204 | + | Progressive Physician Associates, POB 20647, Lehigh Valley, PA 18002-0647 |
| 13963011 | + | STRATREC, as Servicer for VFS Arctos, c/o KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13950205 | | St Luke's Physicians Group, PO Box 25837, Salt Lake City, UT 84125-0837 |
| 14382869 | + | VFS Arctos, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14383093 | + | VFS Arctos, LLC, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13950207 | + | VFS Arctos, LLC, 1905 Kramer Lane, Suite B700, Austin, TX 78758-4063 |
| 13950208 | + | VFS Arctos, LLC, c/o Romano, Garubo and Argentieri, 52 Newton Avenue, POB 456, Woodbury, NJ 08096-7456 |
| 14377489 | | VFS Arctos, LLC c/o, BSI Financial Services, P.O. Box 679002, Dallas, TX 75267-9002 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13950198 | | Email/Text: ebn@americollect.com | Jan 27 2022 23:45:00 | AmeriCollect, 1851 S. Alverno Road, Manitowoc, WI 54220 |
| 13950199 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 23:47:44 | Capital One, POB 30285, Salt Lake City, UT 84130-0285 |
| 13977692 | | Email/PDF: bncnotices@becket-lee.com | Jan 27 2022 23:47:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13950201 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2022 23:44:00 | KOHLS/CAPITAL ONE, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13995173 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2022 23:47:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13987439 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 13950206 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:44:00 | VERIZON, 500 Technology Dr Ste 300, Saint |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| 13988100 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:47:35 | Charles, MO 63304-2225<br>Verizon, by American InfoSource LP as agent, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | STRATREC, as Servicer for VFS Arctos |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14070306 | *+ | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1100 Berkshire Blvd, Suite 301, Wyomissing, PA 19610-1292 |
| 14031213 | ##+ | Clearspring Loan Services, 18451 N. Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |
| 14070305 | ##+ | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1100 Berkshire Blvd, Suite 301, Wyomissing, PA 19610-1292 |
| 13950202 | ##+ | Penn Credit Corp, 916 S. 14th Street, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGE M. LUTZ | on behalf of Debtor Adalberto R. Carrero glutz@hvmllaw.com asantana@hvmllaw.com;r49419@notify.bestcase.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Northern Lehigh School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor VFS Arctos LLC bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor STRATREC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor VFS Arctos LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor VFS Arctos LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee |  |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 27

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>ADALBERTO R CARRERO<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 17-14718-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 27, 2022**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE